UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ROSLYN DEMETRIU CHAPMAN,

      Petitioner,

 v.

HOWARD C. BARRON, Warden, Federal Detention Center SeaTac, *et al.*,

      Respondents.

Case No. C24-304-LK-MLP

ORDER REFERRING CASE TO FEDERAL PUBLIC DEFENDER FOR REVIEW

  Petitioner has filed a petition for federal habeas relief pursuant to 28 U.S.C. § 2241. While there is no constitutional right to appointment of counsel in actions brought under § 2241, the Court may exercise its discretion to appoint counsel for a financially eligible individual where the "interests of justice so require." 18 U.S.C. § 3006A(a)(2)(B). It appears from the record that appointment of counsel may be warranted in the instant action due to the complexity of the issues involved. However, the Court has insufficient information at present to determine whether the interests of justice, in fact, require such an appointment.

  Accordingly, the Court does hereby ORDER as follows:

  (1) This matter is referred to the Office of the Federal Public Defender for review.

ORDER REFERRING CASE TO
FEDERAL PUBLIC DEFENDER
FOR REVIEW - 1

(2) Within **seven (7) days** of the date on which this Order is signed, the Office of the Federal Public Defender shall advise the Court whether it intends to seek appointment in this matter. If the Office of the Federal Public Defender determines that it will seek appointment in this matter, it shall assist Petitioner in preparing a motion for appointment of counsel as well as a financial affidavit which will allow the Court to determine whether Petitioner is financially eligible for such an appointment.

(3) The Clerk is directed to send copies of this Order to Petitioner, to the Office of the Federal Public Defender, and to the Honorable Lauren King.

DATED this 8th day of March, 2024.

MICHELLE L. PETERSON
United States Magistrate Judge