UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ROSLYN D. CHAPMAN, | |
| Petitioner, | Case No. C24-304-LK-MLP |
| v. | |
| HOWARD C. BARRON, Warden FDC SeaTac, | ORDER GRANTING AGREED MOTION FOR EXTENSION OF TIME TO FILE A RETURN |
| Respondent. | |

This is a federal habeas action filed under 28 U.S.C. § 2241. This matter comes before the Court on the parties' agreed motion for an extension of time for Respondent to file a return to Petitioner's amended petition for writ of habeas corpus. (Dkt. # 10.) The Court, having reviewed the motion, concludes the parties have shown good cause for the requested extension.

Accordingly, the Court hereby ORDERS as follows:

(1) The parties' agreed motion for an extension of time for Respondent to file a return to Petitioner's amended petition for writ of habeas corpus (dkt. # 10) is GRANTED. Respondent is directed to file and serve the return not later than ***June 29, 2024***.

(2) The Clerk is directed to send copies of this Order to Petitioner, to counsel for Respondent, and to the Honorable Lauren King.

ORDER GRANTING AGREED MOTION
FOR EXTENSION OF TIME TO FILE
A RETURN - 1

DATED this 21st day of May, 2024.

*[signature]*

MICHELLE L. PETERSON
United States Magistrate Judge