UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ROSLYN D. CHAPMAN,<br><br>　　　　　　　　　　Petitioner,<br><br>　　v.<br><br>HOWARD C. BARRON, Warden FDC SeaTac, *et al.*,<br><br>　　　　　　　　　　Respondents. | Case No. C24-304-LK-MLP<br><br>ORDER GRANTING PETITIONER'S MOTION FOR EXTENSION OF TIME |

This is a federal habeas action filed under 28 U.S.C. § 2241. This matter comes before the Court on Petitioner's motion for an extension of the deadlines to file a response to Respondents' motion to dismiss or transfer venue, and to file a reply to Respondents' response to her amended petition for writ of habeas corpus. (Dkt. # 19.) Specifically, Petitioner seeks a seven-day extension of the deadline to file her response to the motion to dismiss or transfer, and a thirty-day extension of the deadline to file a reply in support of her amended petition. (*Id.*) Petitioner represents to the Court that Respondents do not oppose the requested extensions. (*See id.*) The Court, having reviewed Petitioner's motion, hereby ORDERS as follows:

　　(1)　Petitioner's request for a seven-day extension of the deadline to file her response to Respondents' motion to dismiss or transfer venue (dkt. # 19) is GRANTED. The Court

ORDER GRANTING PETITIONER'S
MOTION FOR EXTENSION OF TIME - 1

received Petitioner's response on July 29, 2024, and the response is deemed timely. (Dkt. # 20.) Respondents' motion to dismiss (dkt. # 17) is RE-NOTED for consideration on **August 6, 2024**. Respondents must file any reply in support of their motion to dismiss or transfer by that date.

(2)  Petitioner's request for a thirty-day extension of the deadline to file a reply to Respondents' response to her amended petition for writ of habeas corpus (dkt. # 19) is GRANTED. Petitioner is directed to file her reply brief not later than **August 21, 2024**. Respondents' response to petitioner's amended petition (dkt. # 13) is RE-NOTED for consideration on **August 28, 2024**. Respondents must file any reply in support of their response by that date.

(3)  The Clerk is directed to send copies of this Order to all counsel of record and to the Honorable Lauren King.

DATED this 31st day of July, 2024.

MICHELLE L. PETERSON
United States Magistrate Judge

ORDER GRANTING PETITIONER'S
MOTION FOR EXTENSION OF TIME - 2