UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ROSLYN D. CHAPMAN,<br><br>                Petitioner,<br><br>   v.<br><br>HOWARD C. BARRON, Warden FDC SeaTac,<br><br>                Respondent. | Case No. C24-304-LK-MLP<br><br>ORDER GRANTING PETITIONER'S SECOND MOTION TO EXTEND REPLY DEADLINE |

       This is a federal habeas action filed under 28 U.S.C. § 2241. This matter is before the Court on Petitioner's second motion to extend by 30 days the deadline to file a reply to Respondent's response to her amended petition for writ of habeas corpus. (Dkt. # 23.) Petitioner's counsel cites to continuing issues she has had communicating with Petitioner, and the need to obtain additional information in order file the reply. (*Id.*)

       Respondent opposes Petitioner's request for additional time, arguing that the request is untimely because it was filed after the deadline to file the reply brief had already passed. (Dkt. # 24.) Respondent also argues that "further delay in this matter only diminishes an already minor connection between Chapman's petition and this district." (*Id.*) Respondent suggests that the

ORDER GRANTING PETITIONER'S
SECOND MOTION TO EXTEND REPLY
DEADLINE - 1

more appropriate course at this time is for the Court to rule on his pending motion to dismiss or transfer venue. (*Id.*)

While Respondent is correct that Petitioner's most recent motion for extension was not filed in a timely fashion, the Court nonetheless deems it appropriate to grant Petitioner one final extension in an effort to ensure that all issues raised by the parties are fully briefed before the Court renders its decision.

Accordingly, the Court hereby ORDERS as follows:

(1)  Petitioner's request for a 30-day extension of the deadline to file a reply to Respondent's response to her amended petition for writ of habeas corpus (dkt. # 23) is GRANTED. Petitioner is directed to file her reply brief not later than *September 20, 2024*. Respondent's response to Petitioner's amended petition (dkt. # 13) is RE-NOTED for consideration on *September 27, 2024*. Respondent must file any reply in support of his response by that date. If Petitioner fails to file her reply brief by the date set forth above, the Court will proceed to resolution of this matter on the record as it currently stands.

(2)  Respondent's motion to dismiss or transfer venue (dkt. # 17) is RE-NOTED for consideration on *September 27, 2024*, so that all pending matters may be considered together on the same date.

(3)  The Clerk is directed to send copies of this Order to all counsel of record and to the Honorable Lauren King.

DATED this 9th day of September, 2024.

MICHELLE L. PETERSON
United States Magistrate Judge

ORDER GRANTING PETITIONER'S
SECOND MOTION TO EXTEND REPLY
DEADLINE - 2