1

2

3

4

5

6

7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

8

ROSLYN DEMETRIU CHAPMAN,

9

Petitioner,

Case No. C24-304-LK-MLP

10

v.

11

HOWARD C. BARRON, *et al.*,

ORDER GRANTING PETITIONER'S
THIRD MOTION TO EXTEND
REPLY DEADLINE

12

Respondents.

13

14

15

16

17

18

19

20

21

22

This is a federal habeas action filed under 28 U.S.C. § 2241. This matter is before the Court on Petitioner's third motion for an extension of time to file a reply to Respondent's response to her amended petition for writ of habeas corpus. (Dkt. # 26.) Petitioner requested therein that her deadline to file a reply be extended from September 20, 2024, to October 21, 2024. (*Id.*) Respondent thereafter filed a response opposing Petitioner's motion to extend the reply deadline (dkt. # 27) and, on October 4, 2024, Petitioner submitted her reply brief to the Court for filing (dkt. # 28). While the delay occasioned by Petitioner's repeated requests for extension is not ideal, the Court nonetheless deems it preferable to have all issues raised by the parties fully briefed before the Court renders its decision.

23

ORDER GRANTING PETITIONER'S THIRD
MOTION TO EXTEND REPLY DEADLINE - 1

1    Accordingly, the Court hereby ORDERS as follows:

2    (1)    Petitioner's third motion for an extension of the deadline to file a reply to

3    Respondent's response to her amended petition for writ of habeas corpus (dkt. # 26) is

4    GRANTED, and Petitioner's reply brief (dkt. # 28) is accepted for filing.

5    (2)    Respondent's response to Petitioner's amended petition (dkt. # 13) is RE-NOTED

6    for consideration on *October 31, 2024*. Respondent must file any reply in support of his response

7    by that date. Respondent's motion to dismiss or transfer venue (dkt. # 17) is RE-NOTED for

8    consideration on the same date so that all pending matters may be considered together.

9    (3)    The Clerk is directed to send copies of this Order to all counsel of record and to

10   the Honorable Lauren King.

11   DATED this 24th day of October, 2024.

12

13   _____

14   MICHELLE L. PETERSON
     United States Magistrate Judge

15

16

17

18

19

20

21

22

23

ORDER GRANTING PETITIONER'S THIRD
MOTION TO EXTEND REPLY DEADLINE - 2